# UNITED STATES DISTRICT COURT
## for the
## District of Arizona

Jonathan Bahr, individually and on behalf of a class of all persons and entities similarly situated

*Plaintiff*

v.

Cactus Leads LLC

*Defendant*

Civil Action No. CV-26-00015-PHX-MTL

## AFFIDAVIT OF SERVICE

I, _____Adam Ashley___, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Cactus Leads LLC in Flathead County, MT on January 20, 2026 at 10:25 am at 1001 SOUTH MAIN, # 7073, KALISPELL, MT 59901 by leaving the following documents with Angie Morris who as Document Processor for Northwest Registered Agents is authorized by appointment or by law to receive service of process for Cactus Leads LLC.

SUMMONS IN A CIVIL ACTION

Additional Description:
received by Angie Morris, Document Processor for Northwest Registered Agents, LLC. Recipient identified themselves and accepted the documents.

Total Cost: $180.00

Executed in __FLATHEAD COUNTY__ MT on __JANUARY 20rd, 2026__

Signature
Name: __ADAM ASHLEY__
Number: __50917__