IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Bahr,<br><br>    Plaintiff,<br><br>v.<br><br>Cactus Leads LLC,<br><br>    Defendant. | No. CV-26-00015-PHX-MTL<br><br>**ORDER** |

    This matter is before the Court on its own review of the record. On January 1, 2026, Plaintiff Jonathan Bahr filed a complaint against Defendant Cactus Leads LLC. (Doc. 1.) Plaintiff's filings suggest that he served Defendant on January 20, 2026. (Doc. 5.) To date, Defendant has not answered or otherwise appeared, and Plaintiff has not applied for entry of default.

    **IT IS THEREFORE ORDERED** that, on or before **March 19, 2026**, Plaintiff must file a status report advising the Court of the status of this case and how Plaintiff intends to proceed, including whether Plaintiff intends to seek entry of default against Defendant.

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, the Clerk of Court is directed to dismiss this action without further notice for failure to prosecute under Federal Rule of Civil Procedure 41(b) on **March 20, 2026**.

Dated this 12th day of March, 2026.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge