Andrew Perrong
Counsel for Plaintiff
Email: a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue

Glenside, PA 19038
Telephone: (215) 225-5529

**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF ARIZONA**

_____

| | |
|---|---|
| Jonathan Bahr, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Cactus Leads LLC<br><br>Defendant. | Case No. 2:26-cv-00015-MTL<br><br>**STATUS REPORT** |

COMES NOW Plaintiff Jonathan Bahr, by and through the undersigned counsel, and respectfully files this status report pursuant to the Court's Order to Show Cause of March 12, 2026 (ECF No. 6). Plaintiff observes that he filed an Application for Entry of Default against Defendant on March 13, 2026 (ECF No. 7). That Application remains pending. Once default has been entered against the Defendant, Plaintiff intends to move

to seek leave to conduct classwide discovery as to the putative class claims, and then either seek a default individual or default class judgment. Although Plaintiff would ordinarily simply move for a default judgment after entry of the instant default, and as Plaintiff will explain in his motion, being that this is a class action, the Plaintiff is unable to seek a default prior to seeking class certification. *See, e.g.*, *de Henriques v. William James Bushell Corp.*, No. 23-CV-2990 (LJL), 2023 WL 5671559, at *2 (S.D.N.Y. Sept. 1, 2023) (citing cases for the proposition that a court must certify a class before a class default judgment is entered).

### CONCLUSION

WHEREFORE, for the reasons set forth herein, the Plaintiff respectfully requests that the Court discharge its order to show cause.

Dated:  March 19, 2026

*/s/ Andrew Perrong*

Andrew Perrong
Email: a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue

Glenside, PA 19038
Telephone: (215) 225-5529
*Subject to Pro Hac Vice*

2