**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jonathan Bahr,<br><br>           Plaintiff,<br><br>v.<br><br>Cactus Leads LLC,<br><br>           Defendant. | **NO. CV-26-00015-PHX-MTL**<br><br>**CLERK'S ENTRY OF DEFAULT** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant Cactus Leads LLC.

DEFAULT ENTERED this 20th day of March, 2026.

Debra D. Lucas
District Court Executive/Clerk of Court

March 20, 2026

By    s/ A. Roybal
      Deputy Clerk