**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Jonathan Bahr,

Plaintiff,

v.

Cactus Leads LLC,

Defendant.

No. CV-26-00015-PHX-MTL

**ORDER**

On March 13, 2026, Plaintiff applied for entry of default against Defendant Cactus Leads LLC (Doc. 7). On March 20, 2026 the Clerk entered default pursuant to Federal Rule of Civil Procedure 55(a) (Doc. 9). As of the date of this order, Plaintiff has not moved the Court for entry of default judgment against Defendant Cactus Leads LLC. Accordingly,

**IT IS ORDERED** that Plaintiff shall have fourteen (14) days from the date of this order to file a motion for entry of default judgment. If Plaintiff fails to file a motion for entry of default judgment or request a good-cause extension of time, the Clerk of the Court is directed to terminate this case without further order.

Dated this 23rd day of October, 2026.

Michael T. Liburdi

Michael T. Liburdi
United States District Judge